UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SEALIFT, Inc.,**<br>68 West Main Street<br>Oyster Bay, N.Y.,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>**Rear Admiral Robert D. Reilly, Jr.**<br>Commander,<br>Military Sealift Command<br>Department of Navy<br>914 Charles Morris Court, S.E.<br>Washington Navy Yard<br>Washington, D.C. 20398<br><br>and<br><br>United States of America,<br>by Department of Justice,<br>950 Constitution Ave., N.W.<br>Washington, DC 20530,<br><br>　　　　　Defendants. | Civil Action No. 06-2110 (RJL) |

## PRAECIPE

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney Peter S. Smith as counsel for the defendants in the above-captioned case.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s Peter Smith
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　PETER SMITH, D.C. Bar #465131
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　United States Attorney's Office
　　　　　　　　　　　　　　　　　　　Civil Division
　　　　　　　　　　　　　　　　　　　555 4th Street, N.W.
　　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　　(202) 307-0372