UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SEALIFT, Inc., | ) |
|                 Plaintiff, | ) |
| v. | ) Civil Action No. 06-2110 (RJL) |
| Rear Admiral Robert D. Reilly, Jr. | ) |
|  and | ) |
| United States of America, | ) |
|                 Defendants. | ) |

**NOTICE AND JOINT CASE MANAGEMENT STATEMENT**

Pursuant to the terms of the Case Management Order entered in the subject case, the parties submit this statement. This case is an action for review on an administrative record and, as such is, exempt under Local Rules 16.3(b)(1) from the meet and confer requirement of Rule 26(f), Fed. R. Civ. P. The Government has moved to transfer the case to the Court of Federal Claims and the Plaintiff has opposed the motion. That motion is fully briefed and pending before the Court.

Plaintiff's Statement:

The Plaintiff plans to move for summary judgment promptly after the issue of the proper forum is decided. Plaintiff urges that the Government should be ordered to prepare and file the agency record so that the case will be ready to move forward wherever it is lodged.

Defendants' Statement:

Defendants do not think that compiling and filing an administrative record is necessary or even permissible at this time. By operation of the filing of Defendant's Motion to Transfer

this action to the COFC and pursuant to 28 U.S.C. §1292(d)(4)(B), "no further proceedings shall be taken in the district court until 60 days after the court has ruled upon the motion." 28 U.S.C. §1292(d)(4)(B). That statutory provision also provides that if "an appeal is taken from the district court's grant or denial of the motion, proceedings shall be further stayed until the appeal has been decided by the Court of Appeals for the Federal Circuit." Id.

Respectfully submitted,

/s Peter Smith
_____
PETER SMITH, D.C. Bar #465131
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372

Counsel for Defendants

s/ Timothy B. Shea (by permission)
_____
Timothy B. Shea
D.C. Bar No. 234005
Nemirow Hu & Shea
1629 K Street, NW Suite 500
Washington, D.C. 20006
Tel. (202) 835-0300

Constantine G. Papavizas
DC Bar No. 388403
Winston & Strawn LLP
1700 K Street, NW
Washington, D.C. 20006
Tel. No. (202) 282-5732
Facsimile No. (202) 282-5100

Attorneys for Sealift, Inc.