UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SEALIFT, Inc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-2110 (RJL) |
| ) | |
| Rear Admiral Robert D. Reilly, Jr. ) | |
| ) | |
| and ) | |
| ) | |
| United States of America, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## JOINT NOTICE AND PROPOSED SCHEDULE

In response to the Court's March 21, 2007, Minute Order, the parties submit this Joint Notice and Proposed Schedule.

Plaintiff's Statement:

Pursuant to the order of the Court, Plaintiff urges the following proposed schedule:

1. The Government should file and serve the entire record of the decision making of the contracting officer on or before April 10, 2007.

2. Plaintiff shall move for summary judgment on or before April 30, 2007.

3. The Government shall oppose or otherwise move on or before May 18, 2007.

4. The Plaintiff shall reply to the Government motion on or before May 31, 2007.

The matter should be set down for oral argument on all pending motions.

Defendants' Statement:

 Defendants do not think that compiling and filing an administrative record is necessary or even permissible at this time.  By operation of the filing of Defendant's Motion to Transfer

this action to the COFC and pursuant to 28 U.S.C. §1292(d)(4)(B), "no further proceedings shall be taken in the district court until 60 days after the court has ruled upon the motion." 28 U.S.C. §1292(d)(4)(B). That statutory provision also provides that if "an appeal is taken from the district court's grant or denial of the motion, proceedings shall be further stayed until the appeal has been decided by the Court of Appeals for the Federal Circuit." Id.

Respectfully submitted,

/s Peter Smith
_____
PETER SMITH, D.C. Bar #465131
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372

Counsel for Defendants

s/ Timothy B. Shea (by permission)
_____
Timothy B. Shea

D.C. Bar No. 234005
Nemirow Hu & Shea
1629 K Street, NW Suite 500
Washington, D.C. 20006
Tel. (202) 835-0300

Constantine G. Papavizas
DC Bar No. 388403
Winston & Strawn LLP
1700 K Street, NW
Washington, D.C. 20006
Tel. No. (202) 282-5732
Facsimile No. (202) 282-5100

Attorneys for Sealift, Inc.