United States District Court
For the District of Columbia

| | |
|---|---|
| Sealift, Inc.<br>    Plaintiff,<br><br>v.<br><br>Rear Admiral Robert D. Reilly Jr.,<br>Commander,<br>Military Sealift Command, et al.,<br>    Defendants. | )<br>)<br>)<br>)<br>)   Civil Action No. 06-2110 (RJL)<br>)<br>)<br>)<br>) |

**Notice of Filing**

Pursuant to the joint notice and proposed schedule filed in the subject case, Plaintiff files herewith a proposed order setting out Plaintiff's proposed schedule.

Plaintiff's counsel has conferred with Government counsel and Government counsel has consented to the filing of the schedule as Plaintiff's proposal. In so consenting, the Government does not recede on its previously expressed objections on jurisdiction.

Respectfully submitted,


Timothy B. Shea
DC Bar No. 234005
Nemirow Hu & Shea
1629 K Street, NW Suite 500
Washington, D.C. 20006
Tel. No. (202) 835-0300
Facsimile No. (202) 835-0306


Constantine G. Papavizas
DC Bar No. 388403
Winston & Strawn LLP
1700 K Street, NW

Washington, D.C. 20006
Tel. No. (202) 282-5732
Facsimile No. (202) 282-5100

Attorneys for Sealift, Inc.

United States District Court
For the District of Columbia

| | |
|---|---|
| Sealift, Inc.<br>　　Plaintiff,<br><br>v.<br><br>Rear Admiral Robert D. Reilly Jr.,<br>Commander,<br>Military Sealift Command, et al.,<br>　　Defendants. | )<br>)<br>)<br>)<br>)   Civil Action No. 06-2110 (RJL)<br>)<br>)<br>)<br>)<br>) |

**Order**

Upon consideration of the notice and joint case management statement and the joint notice and proposed schedule, it is hereby

Ordered

That the defendants shall file and serve the entire record of the decision making of the contracting officer on or before April 10, 2007;

That plaintiff shall move for summary judgment on or before April 30, 2007;

That the defendants shall oppose plaintiff's motion or otherwise move on or before May 18, 2007;

That plaintiff shall reply to the defendants' opposition on or before May 31, 2007; and it is further

Ordered that the matter shall be set down for oral argument on all pending

motions unless the court upon review of the submissions determines that argument is unnecessary.

                                                        Richard J. Leon
                                                        United States District Judge

Dated: _____