UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAY 2 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SEALIFT, INC.                )
                             )
        Plaintiff,           )
                             )
v.                           )   Civ. Action No. 06cv2110 (RJL)
                             )
REAR ADMIRAL ROBERT          )
REILLY, *et al.*,            )
                             )
        Defendants.          )
_____)

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is, this 22nd day of May 2007, hereby

**ORDERED** that [#4] Defendant's motion to transfer is GRANTED.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge

